# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-3220
Lower Tribunal Nos. 12-1938CF, 12-1939CF, 12-1940CF, 12-1941CF, 12-1942CF,
13-252CF, and13-253CF,

_____

ROLAND WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

April 9, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and WHITE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Roland Williams, Bowling Green, pro se.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED